```
 1
 2
 3
 4
 5                                                          JS-6
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   Carmille Johnson,           )  Case No. CV 11-7308-JFW (JCx)
                                 )
12              Plaintiff,       )  ORDER DISMISSING CIVIL ACTION
                                 )
13       v.                      )
                                 )
14                               )
     Pepsico, Inc., et al.,      )
15                               )
                Defendants.      )
16   _____
17
18
         THE COURT has been advised by counsel that this action
19
     has been settled, or is in the process of being settled.
20
         IT IS THEREFORE ORDERED that this action is hereby
21
     dismissed without prejudice to the right, upon good cause
22
     shown within 45 days, to re-open the action if settlement is
23
     not consummated.  During this 45 day period, this Court
24
     retains full jurisdiction over this action and this Order
25
     shall not prejudice any party to this action.
26
     / / /
27
     / / /
28
```

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 45 days, the dismissal of this action will be with prejudice.

Dated: October 21, 2011

                                        JOHN F. WALTER
                                    United States District Judge

(Rev. 2/15/08)                        2