1
2
3
4
5                                                              JS-6
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Carmille Johnson,              )  Case No. **CV 11-7308-JFW (JCx)**
                                   )
12           Plaintiff,            )  **ORDER DISMISSING CIVIL ACTION**
                                   )
13       v.                        )
                                   )
14                                 )
    Pepsico, Inc., et al.,         )
15                                 )
             Defendants.           )
16  _____
17
18
        THE COURT has been advised by counsel that this action
19
    has been settled, or is in the process of being settled.
20
        IT IS THEREFORE ORDERED that this action is hereby
21
    dismissed without prejudice to the right, upon good cause
22
    shown within 45 days, to re-open the action if settlement is
23
    not consummated.  During this 45 day period, this Court
24
    retains full jurisdiction over this action and this Order
25
    shall not prejudice any party to this action.
26
    / / /
27
    / / /
28

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 45 days, the dismissal of this action will be with prejudice.

Dated: October 21, 2011

                                      JOHN F. WALTER
                                United States District Judge